William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)

_____X

HECTOR VALDIVIEZO (AND WIFE,
VERONICA V CASADO)

                                           **NOTICE OF THE**
                                           **BROOKFIELD**
V.                                         **PARTIES' ADOPTION OF**
                                           **AMENDED ANSWER**
                                           **TO MASTER**
                                           **COMPLAINT**

AMERICAN EXPRESS BANK, LTD, ET. AL.,
                                           CASE NUMBER: (AKH)
                                           07 CV 1542
_____X

    PLEASE TAKE NOTICE THAT Defendants BFP Tower C Co. LLC, BFP Tower C MM LLC, and WFP Retail Co. L.P. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October 22 2007

                                   Faust, Goetz, Schenker & Blee, LLP

                                   By: William J. Smith (WJS-9137)
                                   Attorneys for the Brookfield Parties
                                   Two Rector Street, 20th Floor
                                   New York, NY 10006
                                   (212) 363-6900